# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Aimee Smith, )<br>)<br>Plaintiff, )<br>)            **C.A. NO.:**<br>vs )<br>)<br>Wild Water Ventures, LLC and )<br>Wild Water & Wheels, Inc., )<br>)<br>Defendant. )<br>_____ ) | |

## NOTICE OF REMOVAL

Defendants Wild Water Ventures, LLC and Wild Water & Wheels, Inc. (hereinafter "Defendants"), pursuant to 28 U.S.C. § 1446, hereby file their Notice of Removal of the above-captioned case from the Court of Common Pleas for Horry County, South Carolina, to the United States District Court for the District of South Carolina, Florence Division. The grounds for the removal are as follows:

1. A civil action is now pending in the Court of Common Pleas for Horry County, South Carolina, bearing the case name as captioned above with Docket No. 2014-CP-26-5410, filed on August 13, 2014.

2. A copy of the Summons and Complaint were served upon the registered agent for Defendants by Certified Mail on August 20, 2014. Defendants have not filed a response in the Court of Common Pleas for Horry County, South Carolina. A copy of all state court papers, excluding discovery matters, are attached as Exhibit A.

3. Upon information and belief, Plaintiff was, at the time of the commencement of this action still is, a resident and citizen of the State of Florida, as alleged in her Complaint.

4. At the time of the commencement of this action, and at this time, Defendants were and are corporations organized and existing under the laws of the State of South Carolina, having their principal place of business in Myrtle Beach, South Carolina.

5. This action is one of a civil nature, seeking monetary damages for alleged negligence, negligent hiring, negligent retention, and negligent supervision.

6. Defendants contend that the amount in controversy, exclusive of interests and costs, exceeds the sum of Seventy-Five Thousand and No/100 ($75,000.00) Dollars, and, therefore, meets the amount in controversy requirement for diversity jurisdiction.

7. Defendants desire to remove this action to this Court and, therefore, file this Notice along with attachments pursuant to 28 U.S.C. § 1441, *et seq*. This Court has jurisdiction pursuant to 28 U.S.C. § 1332.

8. Defendants remove this action within thirty (30) days from the date of receipt of the Summons and Complaint.

9. Written notice of the filing of this Notice of Removal has been served upon the attorney for the plaintiff by mail on this date, together with a copy of the Notice of Removal and supporting papers, and has been mailed for filing with the Clerk of Horry County Court of Common Pleas, as provided by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Wild Water Ventures, LLC and Wild Water & Wheels, Inc. pray that the above-entitled case be removed to the United States District Court for the District of South Carolina, Florence Division, pursuant to 28 U.S.C. §1441 *et seq*.  If any question should arise regarding the propriety of the removal of this action, Defendants respectfully request the opportunity to brief fully the legal issues through supporting memoranda, as well as oral argument,

in support of their position that the case is removable, as well as conduct discovery on the subject matter, if necessary.

                                    GALLIVAN WHITE & BOYD, P.A.

October 1, 2014                      s/Gregory P. Sloan
                                    Gregory P. Sloan (Fed. ID No. 6845)
                                    Robert D. Corney (Fed ID No. 11626)
                                    55 Beattie Place, Suite 1200
                                    P.O. Box 10589
                                    Greenville, SC 29603
                                    (864) 271-9580
                                    (864) 271-7502 FAX
                                    gsloan@gwblawfirm.com
                                    rcorney@gwblawfirm.com

                                    Attorneys for Defendants Wild Water Ventures, LLC
                                    and Wild Water & Wheels, Inc.